```
McGREGOR W. SCOTT
United States Attorney
MARY L. GRAD
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2763
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Respondent,<br><br>  v.<br><br>LEE ROY TREVINO,<br><br>  Movant. | Case No. 2:03CR00401-WBS KJM P<br><br>MOTION FOR EXTENSION OF TIME WITHIN WHICH TO RESPOND TO DEFENDANT'S MOTION TO VACATE JUDGMENT UNDER 28 U.S.C. § 2255 |

On April 14, 2008, this court filed an Order requiring the government to respond to movant's Motion To Vacate Judgment Under 28 U.S.C. § 2255 on or before May 14, 2008.  The motion consists of a 130 pages of memorandum and exhibits.

The United States hereby requests an extension of time (docket no. 99) within which to respond to the Motion to July 14, 2008.  The reason for the request is that the United States needs time to obtain from its archives the original file in this case.  The United

///
///
///
///
///

1

```
 1  States also needs additional time to review this lengthy
 2  motion and its exhibits.
 3  DATED: May 12, 2008              McGREGOR W. SCOTT
                                     United States Attorney
 4
 5
                                     By:_/s/ Mary L.
 6  Grad_____
                                     MARY L. GRAD
 7                                   Assistant U.S. Attorney
 8
 9  SO ORDERED.
10  Dated: May 15, 2008.
11
                                     _____
12                                   U.S. MAGISTRATE JUDGE
```

1