IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

      Respondent,            No. CR S-03-0401 WBS KJM P

    vs.

LEE ROY TREVINO,

      Movant.             ORDER

_____/

        In light of the stipulation filed by the parties on October 6, 2008, petitioner's

application for writ of habeas corpus under 28 U.S.C. § 2255 is dismissed and the Clerk of the

Court is directed to close the companion civil case CIV S-07-2533 WBS KJM.

DATED:  October 10, 2008.

_____
U.S. MAGISTRATE JUDGE

1
trev0401.dis

1